IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 1 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RADIOSHACK CORPORATION, § § § § | |
| Plaintiff, § § | |
| VS. § | NO. 4:15-CV-652-A |
| SOOHYUNG KIM, ET AL., § § § | |
| Defendants. § | |

ORDER

This action is before the court following the filing of a complaint by plaintiff, the Official Committee of Unsecured Creditors of RadioShak Corporation (n/k/a RS Legacy Corporation), against defendants, Soohyung Kim, Joseph C. Magnacca, Standard General L.P., General Retail Holdings L.P., General Retail Funding LLC, Standard General Master Fund L.P., Standard General OC Master Fund L.P., P Standard General Ltd., Standard General Focus Fund L.P., Wells Fargo Bank, N.A., Robert E. Abernathy, Frank J. Belatti, Julie A. Dobson, Daniel R. Feehan, H. Eugene Lockhardt, Jack L. Messman, and Edwina D. Woodbury. The action asserts claims arising under Title 11 and claims related to a case under Title 11.

Miscellaneous Order No. 33 of this court provides that any proceedings arising under Title 11 or related to a case under Title 11 be referred automatically to the Bankruptcy Judges of

this district for consideration and resolution consistent with law.  Because this action, as it is now postured, is a proceeding arising under Title 11 and related to cases under Title 11, it has automatically been referred by Miscellaneous Order No. 33 to the Bankruptcy Judges of this court for consideration and resolution consistent with law. Therefore,

The court ORDERS that the above-captioned action be, by way of automatic reference, transferred to the bankruptcy court of the Fort Worth Division of this court for consideration and resolution consistent with law.

SIGNED September 1, 2015.

_____
JOHN McBRYDE
United States District Judge