

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 10, 2016

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RSH Liquidating Trust,<br><br>    Plaintiff,<br><br>-against-<br><br>Joseph C. Magnacca, Robert E. Abernathy, Frank J. Belatti, Julie A. Dobson, Daniel R. Feehan, H. Eugene Lockhardt, Jack L. Messman, and Edwina D. Woodbury,<br><br>    Defendants. | Adversary No.: 15-04076-rfn |

### JOINT STIPULATION AND AGREED ORDER OF
### DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil

Procedure 41 (a)(l )(A)(ii), the undersigned counsel hereby stipulate to the voluntary dismissal

1

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

with prejudice of all claims of Plaintiff RSH Liquidating Trust against Defendants Robert E. Abernathy, Frank J. Belatti, Julie A. Dobson, Daniel R. Feehan, H. Eugene Lockhart, Joseph C. Magnacca, Jack L. Messman, and Edwina D. Woodbury.  The parties agree to bear their own fees and costs.  The undersigned counsel represent that throughout the course of the litigation, they and their clients have complied with the provisions of Federal Rule of Civil Procedure 11.

**THEREFORE**, the Parties agree that the claims against Defendants Robert E. Abernathy, Frank J. Belatti, Julie A. Dobson, Daniel R. Feehan, H. Eugene Lockhart, Joseph C. Magnacca, Jack L. Messman, and Edwina D. Woodbury are hereby dismissed with prejudice. This Court shall retain exclusive jurisdiction to interpret, implement, and enforce the provisions of this Stipulation and Agreed Order.

**IT IS SO ORDERED**.

### ### END OF ORDER ###

**AGREED TO AS TO FORM AND CONTENT:**

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

By: /s/ Alfredo R. Pérez

Alfredo R. Pérez, Esq.
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Stephen A. Youngman, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7758
Facsimile: (214) 746-7777

Robert F. Carangelo, Esq.
Jodi L. Barrow
Amanda K. Pooler
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Defendants Robert E. Abernathy, Frank J. Belatti, Julie A. Dobson, Daniel R. Feehan, H. Eugene Lockhart, Joseph C. Magnacca, Jack L. Messman, and Edwina D. Woodbury*

By: /s/ Michael D. Warner

Michael D. Warner, Esq. (TX Bar No. 00792304)
Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
mwarner@coleschotz.com

Susheel Kirpalani, Esq. (Admitted *Pro Hac Vice*)
Robert S. Loigman, Esq. (Admitted *Pro Hac Vice*)
Rex Lee, Esq. (Admitted *Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
susheelkirpalani@quinnemanuel.com
robertloigman@quinnemanuel.com
rexlee@quinnemanuel.com

*Counsel for Plaintiff RSH Liquidating Trust*

3

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**